No. 540. NICHOLS ET AL. *v.* TUFFY, TRUSTEE IN BANK-RUPTCY. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles M. Lyman* for petitioners. *Mr. Emmet L. Holbrook* for respondent.

No. 542. HOUSMAN *v.* CALIFORNIA. October 13, 1941. Petition for writ of certiorari to the District Court of Appeal, 1st Appellate District, of California, denied. *Mr. Leo R. Friedman* for petitioner. *Mr. Earl Warren,* Attorney General of California, for respondent.

No. 547. MAHLER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry Friedman* for petitioners. *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *F. E. Youngman* for respondent.

No. 560. FEDERAL LIFE INSURANCE Co. *v.* ETTMAN. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Wayne Ely* for petitioner. *Mr. J. L. London* for respondent.

No. 561. THE LACKAWANNA ET AL. *v.* STEAMTUG "S. & H. No. 2," INC. October 13, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Oscar R. Houston* for petitioners. *Mr. James A. Martin* for respondent.